# EXHIBIT 6

Story from **Tech** →

# Twitter Hacker Is a BitMEX Trader, On-Chain Data Suggests

Jul 16, 2020 at 17:38 UTC
Updated Jul 17, 2020 at 16:47 UTC



*(CoinDesk Research)*

**William Foxley**



**None of the roughly 13 bitcoin (BTC) acquired through Wednesday's Twitter hack have been laundered, according to chain analysis conducted by Samourai Wallet.**

But whoever it was is deep into the cryptocurrency space, with the BitMEX receipts to prove it, according to preliminary analysis from Samourai Wallet's research arm,

OXT Research. (A pastebin can be found here.)

"Confirmed, no signs of mixing. Majority of funds spent 1 or two hops and [are] now parked," Samourai said in a Twitter DM to CoinDesk. "Really curious what their cash-out plan is."



Address histories can be matched against known wallets to paint a user's transaction history. The OXT bookmark with further information can be found here: https://oxt.me/BOOKMARK/5F1085FEE5C16 53AB4A0A44C

Source: Samourai Wallet

As of 14:00 UTC, the funds in at least one address are already under the control of Coinbase, Samourai added.

***Read more:*** *Full coverage of Twitter Hack 2020*

"Based on the history of the first destination address of the cryptoforhealth scam addresses, the scammers have a history of gambling on Bitmex and Coinbase usage," Samourai researcher Ergo said in a Tweet.

"This is peak crypto," Ergo added.

## No coin-mixing involvement (yet)

Overall, Samourai says the hacker only used three Bitcoin addresses and has not sent any funds through a mixing service, as data provider CryptoQuant had previously tweeted.

(CryptoQuant has since told CoinDesk it no longer believes the funds have been mixed.)

"Always a possibility the address is an unlabeled mixer, but I don't see any hints, and one-time use addresses are very common in general and not a definitive pattern for mixers," Ergo told CoinDesk.

Those addresses, however, linked to other addresses that Samourai tracked to the popular crypto derivatives platform BitMEX.

"Everything from the first address is being spent to this address 1Ai52Uw6usjhpcDrwSmkUvjuqLpcznUuyF, which looks to have been first funded via BitMex," Samourai said.

***Read more:*** *Samourai Wallet Releases Privacy-Enhancing CoinJoin Feature*

## Tracking the Twitter hack funds through Bitcoin exchanges

On-chain data allows services to track where funds are moving. In this case, the address had previously been used by a BitMEX trader for moving funds on and off the platform. However, BitMEX has less stringent ID policies, also known as Know Your Customer (KYC), for trading on its domain. So BitMEX may not be so helpful in finding the perpetrator.

BitMEX did not return requests for comment by press time.



Blockchain transactions leave a web of

information as they move from address to
address.

Source: OXT Research/Samourai

"At best investigators can subpoena any
relevant account info including IP addresses[;]
from there, they can glean some additional
info from on-chain data including source of
funds," Ergo said in a private message.

Coinbase, on the other hand, has very strict
KYC policies. Ergo said the best chance of
identifying the hacker comes from Coinbase.

"OXT Reasearch has also noted a small spend
of scammed coins to Binance. Other than the
history of
1Ai52Uw6usjhpcDrwSmkUvjuqLpcznUuyF,
the links to exchanges and known entities
remain minimal," Ergo said.



## READ MORE ABOUT...

BitMEX    Coinbase Exchange

Samourai Wallet

Twitter Hack 2020

---

**DISCLOSURE**

The leader in blockchain news, CoinDesk is a
media outlet that strives for the highest
journalistic standards and abides by a strict set of
editorial policies. CoinDesk is an independent
operating subsidiary of Digital Currency Group,
which invests in cryptocurrencies and blockchain
startups.



About

Masthead

Blog

Editorial Policy

Press

Jobs

Events

**Follow us**



Sign up for our newsletter

✓ **Money Reimagined**

✓ **First Mover**

✓ **Crypto Long & Short**

✓ **Blockchain Bites**

*By signing up, you will receive emails about CoinDesk products and you agree to our* terms & conditions *and* privacy policy

Enter your mail

SIGN UP

Terms & Conditions

Privacy Policy

Newsletters

© 2020 CoinDesk

English ▼

The leader in blockchain news, CoinDesk is a media outlet that strives for the highest journalistic standards and abides by a strict set of editorial policies. CoinDesk is an independent operating subsidiary of Digital Currency Group, which invests in cryptocurrencies and blockchain startups.