# EXHIBIT 14


# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | BITSTAMP USA, INC. |
| Entity (File) Number: | C4142339 |
| File Date: | 04/22/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | DELAWARE |
| Document ID: | GF06586 |

**Detailed Filing Information**

1. Entity Name:

    BITSTAMP USA, INC.

2. Business Addresses:

    a. Street Address of Principal
    Office in California:

    b. Mailing Address:

    27 Union Square West Ste 205
    New York, New York 10003
    United States of America

    c. Street Address of Principal
    Executive Office:

    27 Union Square West Ste 205
    New York, New York 10003
    United States of America

3. Officers:

    a. Chief Executive Officer:

    Nejc  Kodric
    27 Union Square West, Suite 205
    New York, New York 10003
    United States of America

    b. Secretary:

    Stephane  Leloup
    27 Union Square West, Suite 205
    New York, New York 10003
    United States of America

Document ID: GF06586

Officers (cont'd):

    c.  Chief Financial Officer:

    Edward  Kemp
27 Union Square West, Suite 205
New York, New York 10003
United States of America

4.  Director:

    Not Applicable

Number of Vacancies on the Board of Directors:

    Not Applicable

5.  Agent for Service of Process:

    INCORP SERVICES, INC. (C2294569)

6.  Type of Business:

    Cryptocurrency exchange online platform

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   Nejc Kodric

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID: GF06586